UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                     Case No. 19-CR-152

ITALO T. SANDERS,

    Defendant.

---

## ORDER DENYING REQUEST FOR TRANSCRIPTS

On December 20, 2019, Defendant Italo T. Sanders entered a plea of guilty to distribution of MDMA and possession of a firearm in furtherance of that offense, and on May 8, 2020, Judgment was entered sentencing him to 60 months and 2 days imprisonment, to be followed by 5 years of supervised release. On September 11, 2020, Sanders e-filed a motion "requesting a copy of his Plea Agreement Acceptance transcripts and his Sentencing transcript." Sanders was represented throughout this matter by privately retained counsel, no determination was ever made regarding whether he was eligible for free transcripts, and Sanders' motion indicated no reason why the transcript was needed. No appeal was filed. Based upon these circumstances, Sanders' motion is denied.

Dated at Green Bay, Wisconsin this 14th day of September, 2020.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge